IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARLAND SPIVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4408 |
| | § | |
| | § | |
| NOBLE HOUSE HOTELS & RESORTS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant, Noble House Hotel & Resorts, filed an Unopposed Motion to Abate or Stay. The motion is granted. The suit and all claims pertaining to it, including discovery and the court's deadlines, are abated until **November 1, 2013**. A hearing is reset for **November 1, 2013, at 9:00 a.m.** to enter a new scheduling order.

SIGNED on January 4, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge